UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Raymond Joseph Otis III** | § | CASE NO. 16-05128 |
| **Kristina Lynn Otis** | § | HON. John T Gregg |
| Debtor(s) | § | |
| | § | |

### DEBTORS' FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Raymond Joseph Otis III and Kristina Lynn Otis, by their counsel, Mapes Law Offices, and hereby amend their Confirmed Chapter 13 Plan as follows:

1. Debtors have fallen behind in their plan payments and wish to get caught up. Therefore, Section II.A of the Confirmed Plan is amended to provide that the Debtors' new plan payment shall be $1423.65 monthly. Of this amount, $73.65 shall be deemed as repayment of the existing plan arrears.

The Plan remains unchanged in all respects not in conflict with this amendment.

Dated: 10/30/2017                               /s/
                                                Raymond Joseph Otis III, Debtor

Dated: 10/30/2017                               /s/
                                                Kristina Lynn Otis, Joint Debtor

Dated: 10/30/2017                               /s/George J. George
                                                Jeffrey D. Mapes, Attorney for Debtor
                                                George J. George, Associate Attorney
                                                29 Pearl St. NW, Ste. 305
                                                Grand Rapids, MI 49503
                                                Phone: (616) 719-3847
                                                Fax: (616) 719-3857