UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Raymond Joseph Otis** | § | **CASE NO. 16-05128** |
| **Kristina Lynn Otis** | § | **HON. John T Gregg** |
| **Debtor(s)** | § | |
| | § | |

## DEBTORS' SECOND POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Raymond Joseph Otis and Kristina Lynn Otis, by their counsel, Mapes Law Offices, and for their Second Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. Debtors are now making slightly less and their mortgage payment has increased. Debtors and their counsel performed a budget review and prepared amended Schedules I and J showing that the Debtor's disposable income is now $1460.47. Therefore, Section II.A of the Confirmed Plan is amended to provide that the Debtors' new plan payment shall be $1460.47 monthly. The step payment scheduled to take effect in May of 2019 is preserved and shall take effect as scheduled.

The Plan remains unchanged in all respects not in conflict with these amendments.

Dated: 6/18/2018

/s/_____
Raymond Joseph Otis, Debtor

Dated: 6/18/2018

/s/_____
Kristina Lynn Otis, Joint Debtor

Dated: 6/18/2018

/s/George J. George_____
Jeffrey D. Mapes, Attorney for Debtor
George J. George, Associate Attorney
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
Phone: (616) 719-3847
Fax: (616) 719-3857