UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Raymond J. & Kristina L. Otis** | § | 16-05128 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 10/7/2016 |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $749.68 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the Fourth application for compensation and reimbursement of expenses. The total fees requested in this application are $726.50; the total costs advanced requested are $23.18. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3650 | 0.00 | 3650 | 0.00 | 6/14/2017 |
| 2846 | 45.53 | 2846 | 45.53 | 8/28/2018 |
| 2433 | 44.1 | 2433 | 44.1 | 10/25/2019 |
| 1016.5 | 22.1 | 1016.5 | 22.1 | 8/31/2020 |

Approved fees and expenses remain unpaid in the amount of $ _0.00_ .
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $749.68, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 8/25/2021

/s/
Jeffrey D. Mapes (P70509)
Mapes Law Offices
Attorney for Debtor(s)
29 Pearl St NW Suite 305
Grand Rapids, MI 49503
(616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Raymond J. & Kristina L. Otis** | § | 16-05128 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 10/7/2016 |

Fees & Expenses Previously Requested:    $10057.23
Fees & Expenses Previously Awarded:    $10057.23

NAME OF APPLICANT:    Mapes Law Offices
ROLE IN THIS CASE:    Attorney for Debtor(s)

CURRENT APPLICATION:    Fees Requested:    $726.50
    Expenses Requested:    $23.18

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| **Attorneys:** | | | |
| Jeffrey D. Mapes | 0.70 | $275.00* | $192.50 |
| George J. George | 2.20 | $220.00 | $484.00 |
| **Paraprofessionals:** | | | |
| Keaton F. Kolbe | 0.40 | $125.00 | $50.00 |

TOTAL HOURS BILLED:  2.90
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

## Law Office of Jeffrey Mapes

# INVOICE

29 Pearl St. NW Ste. 305  
Grand Rapids, MI 49503  
United States

Invoice # 471  
Date: 08/21/2021  
Due On: 09/20/2021

Raymond Otis  
N, N  
N, N

## 16-05128

## Otis, Raymond and Kristina

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/07/2020 | KFK | Tee's MTD - 2019 taxes and refunds, letter mailed to client re: MTD | 0.10 | $125.00 | $12.50 |
| 08/19/2020 | GJG | Tax return review: Review 2019 tax returns and compare to Schedule I; delegated to KFK to redact and upload returns to trustee. | 0.40 | $220.00 | $88.00 |
| 08/20/2020 | KFK | Redacted/submitted 2019 taxes to Tee | 0.10 | $125.00 | $12.50 |
| 08/28/2020 | KFK | Drafted aff of no obj and proposed order | 0.10 | $125.00 | $12.50 |
| 08/28/2020 | GJG | Email communication with client: Review and respond to email email from debtors re lost job. | 0.30 | $220.00 | $66.00 |
| 08/31/2020 | GJG | Email communication with client: Reply to client email re setting up appointment | 0.20 | $220.00 | $44.00 |
| 09/01/2020 | GJG | Phone Appt.: To discuss loss of job. Kristina is back to work at a reduced income. They want to keep their payment where it is, family will help if necessary to maintain. | 0.50 | $220.00 | $110.00 |
| 09/09/2020 | GJG | Email communication with client: Email to debtors re requested pay stubs not yet received | 0.20 | $220.00 | $44.00 |
| 03/08/2021 | GJG | Email communication with client: Reply to client email re payment issues and new job | 0.30 | $220.00 | $66.00 |
| 03/18/2021 | GJG | Email communication with client: Respond to client email re sending tax returns and what will happen with refunds | 0.30 | $220.00 | $66.00 |
| 04/26/2021 | JDM | Tax return review: Review 2020 tax returns and compare to Schedule I. Delegated to KFK to redact and | 0.30 | $275.00 | $82.50 |

Invoice # 471 - 08/21/2021

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | upload returns. |  |  |  |
| 04/28/2021 | KFK | Redacted/submitted 2020 taxes to Tee | 0.10 | $125.00 | $12.50 |
| 08/21/2021 | JDM | Prepare itemized statement, application and related documents. | 0.40 | $275.00 | $110.00 |
|  |  | **Services Subtotal** |  |  | **$726.50** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 08/07/2020 | Postage-Stamp: Stamp for Letter re MTD | 1.00 | $0.51 | $0.51 |
| 08/07/2020 | Copies: Copies for Letter re MTD | 2.00 | $0.20 | $0.40 |
| 08/21/2021 | Postage for Fee Application | 17.00 | $0.51 | $8.67 |
| 08/25/2021 | Copies for Fee Application | 68.00 | $0.20 | $13.60 |
|  | **Expenses Subtotal** |  |  | **$23.18** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| George J. George | Associate Attorney | 2.2 | $220.00 | $484.00 |
| Jeff Mapes | Managing Partner | 0.7 | $275.00 | $192.50 |
| Keaton Kolbe | Non-Attorney | 0.4 | $125.00 | $50.00 |
|  |  |  | **Subtotal** | **$749.68** |
|  |  |  | **Total** | **$749.68** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 471 | 09/20/2021 | $749.68 | $0.00 | $749.68 |
|  |  | **Outstanding Balance** |  | **$749.68** |
|  |  | **Total Amount Outstanding** |  | **$749.68** |

Please make all amounts payable to: Law Office of Jeffrey Mapes

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: §
§
Raymond J. & Kristina L. Otis § 16-05128
§ **HON.** John T. Gregg
**Debtor(s)** § **Filed:** 10/7/2016

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| Professional | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $726.50 | $23.18 | $10057.23 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 8/25/2021          /s/_____
                                        Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| Raymond J. & Kristina L. Otis | § | 16-05128 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 10/7/2016 |

## ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present:    **HON.** John T. Gregg
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 8/25/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $749.68. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
| --- | --- | --- | --- | --- |
| 3650 | 0.00 | 3650 | 0.00 | 6/14/2017 |
| 2846 | 45.53 | 2846 | 45.53 | 8/28/2018 |
| 2433 | 44.1 | 2433 | 44.1 | 10/25/2019 |
| 1016.5 | 22.1 | 1016.5 | 22.1 | 8/31/2020 |

Leaving a balance of $749.68 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 1725 West Goguac St. Battle Creek, MI 49015; Chapter 13 Trustee, Brett Rodgers, 99 Monroe Ave. NW, Ste,. 601, Grand Rapids MI 49503; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Raymond J. & Kristina L. Otis | § | 16-05128 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 10/7/2016 |

### CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 8/25/2021          /s/
                          Jeffrey D. Mapes
                          Mapes Law Offices
                          29 Pearl Street NW, Suite 305
                          Grand Rapids, MI 49503

Label Matrix for local noticing
0646-1
Case 16-05128-jtg
Western District of Michigan
Grand Rapids
Wed Aug 25 10:18:18 EDT 2021

Agility Health
607 Demry Ave NW Ste 300
Grand Rapids, MI 49504-5283

(p)ANESTHESIA MEDICAL CONSULTANTS
3333 EVERGREEN DR NE
GRAND RAPIDS MI 49525-9493

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bronson Methodist Hospital
601 John Street
Kalamazoo MI 49007-5346

Capital One
PO Box 30281
Salt Lake City UT 84130-0281

Comenity Bank/Roamans
PO Box 182789
Columbus OH 43218-2789

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lana Maria Escamilla
Escamilla & Salisbury, PLLC
P.O. Box 190
Portage, MI 49081-0190

Global Connections
5320 College Blvd.
Leawood KS 66211-1621

10th District Court
161 E. Michigan Ave
Battle Creek MI 49014-4021

Allied Collection Group
400 Allian Ct.
Zeeland MI 49464-2219

BANK OF AMERICA, N.A.
PO Box 3785
TAMPA, FL 33631-3785

Battle Creek Health Systems
C/O Atty. Edward Tenhouten
PO Box 632
Cadillac MI 49601-0632

Cadillac Accounts Receivable
1015 Wilcox Street
Cadillac MI 49601-2527

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cheryl D. Cook
Potestivo & Associates, P.C.
251 Diversion Street
Rochester, MI 48307-2209

Department of the Treasury/IRS
PO Box 7346
Philadelphia PA 19101-7346

GE Capital Retail Bank
170 Election Road Suite 125
Draper UT 84020-6425

Michael S. Hill
Michigan Department of Attorney General
525 W. Ottawa
PO Box 30754
Lansing, MI 48909-8254

37th Judicial Circuit Court
161 E. Michigan Ave
Battle Creek MI 49014-4021

Altran Financial LP
PO Box 610
Sauk Rapids MN 56379-0610

Bank of America
PO Box 3785
Tampa FL 33631-3785

Bronson Battle Creek Operating
300 North Avenue
Battle Creek MI 49017-3396

Calhoun County FOC
161 Michigan Ave.
Battle Creek, MI 49014-4021

Central Prof Services
801 Sunnyside Dr
Cadillac, MI 49601-9201

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Ditech Financial LLC
PO Box 6172
Rapid City SD 57709-6172

Matthew L. Glaser
2510 Capital Avenue, SW
Suite 103
Battle Creek, MI 49015-4194

Independent Emergency Phys Oak
44405 Woodward Ave
Pontiac MI 48341-5023

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | JH Portfolio Debt<br>5757 Phantom Drive<br>Hazelwood MO 63042-2429 |
| John and Carlene Everett<br>4170 Bristol Oak st.<br>Dowling MI 49050-9733 | Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Kohl's Capital One<br>PO Box 3115<br>Milwaukee WI 53201-3115 |
| LVNV Funding LLC<br>PO Box 10497<br>Greenville SC 29603-0497 | LVNV Funding, LLC its successors and assigns assignee of VI Loan GT Trust I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns assignee of NBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Law Office Barbara Tsaturova<br>PO Box 2878<br>Holland MI 49422-2878 | M2 Revenue Group<br>Dept 77373<br>PO Box 77000<br>Detroit MI 48277-2000 | MI DEPT OF TREASURY<br>COLLECTION DIVISION/BANKRUPTCY<br>PO BOX 30168<br>LANSING, MI 48909-7668 |
| Jeffrey D. Mapes<br>Jeffrey D. Mapes, PLC<br>29 Pearl St. NW<br>Suite 305<br>Grand Rapids, MI 49503-3019 | Matthew L. Glaser<br>2510 Capital Ave SW Ste 2013<br>Battle Creek MI 49015-4194 | Matthew L. Glaser, Esq.<br>2510 Capital Ave SW, Suite 103<br>Battle Creek, MI 49015-4194 |
| Michigan Accounts Receivable<br>PO Box 30149<br>Lansing MI 48909-7649 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668 | Michigan Dept. of Treasury<br>Tax Collection Enforcement<br>Bankruptcy Section<br>Treasury Building<br>Lansing, MI 48922-0001 |
| Michigan Dept. of Treasury<br>Office of Collections<br>PO Box 30199<br>Lansing MI 48909-7699 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 | Money Recovery Nationwide<br>8155 Executive Court, Suite 10<br>Lansing MI 48917-7774 |
| Natalie N. Sawyer<br>4016 Valley Ridge Dr. Apt. 12<br>Kalamazoo, MI 49006-4010 | Omni Community Credit Union<br>PO Box 1537<br>Battle Creek, MI 49016-1537 | Omni Community Credit Union<br>c/o Escamilla & Salisbury PLLC<br>PO Box 190<br>Portage MI 49081-0190 |
| One Main Financial<br>6801 Colwell Blvd<br>Irving TX 75039-3198 | One Main Financial Group LLC<br>asf Wells Fargo Bank NA<br>605 MUNN RD<br>FORT MILL, SC 29715-8421 | OneMain Financial<br>PO Box 251<br>Evansville, In 47731-3251 |
| Kristina Lynn Otis<br>1725 West Goguac St.<br>Battle Creek, MI 49015-1624 | Raymond Joseph Otis III<br>1725 West Goguac St.<br>Battle Creek, MI 49015-1624 | Robert J. Pleznac<br>Pleznac & Associates/Attorneys<br>Bankruptcy Services<br>622 West Lovell Street<br>Kalamazoo, MI 49007-4614 |

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Consultants, PLC
5350 Beckley Road Ste C
Battle Creek MI 49015-4178

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Brett N. Rodgers
99 Monroe Ave NW, Ste 601
Grand Rapids, MI 49503-2654

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Staci L. Salisbury
Escamilla & Salisbury, PLLC
1300 W Centre Ave, Ste 104
Portage, MI 49024-6309

Seventh Avenue
1112 7th Ave
Monroe MI 53566-1364

State of Michigan-Department of Treasury
Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909-8254

Syncb/JC Pennys
PO Box 965036
Orlando FL 32896-5036

Syncb/Sleep Number
PO Box 965036
Orlando FL 32896-5036

Synchrony Bank
c/o Recovery Management Systems Corporat
25 S.E. 2nd Avenue, Suite 1120
Miami, Fl 33131-1605

Tenhouten Engstrom PLLC
PO Box 632
Cadillac MI 49601-0632

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

Veripro Solutions
PO Box 224
Coppell TX 75019-4293

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Anesthesia Medical Consultants
Dept 5003
PO Box 30522
Lansing MI 48909

Bank of America
PO Box 982235
El Paso TX 79998

Department of Treasury/IRS
STOP 6092 AUSC
Austin TX 73301

(d)Department of the Treasury/IRS
PO Box 24035
Fresno CA 93779

JCC Christensen & Associates
PO box 519
Sauk Rapids MN 56379

Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America N.A.

(u)Natalie N. Sawyer

(d)United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2837

(d)Bank of America, N.A.
P.O. BOX 31785
Tampa, FL 3631-3785

(d)Omni Community Credit Union
PO Box 1537
Battle Creek, MI 49016-1537

End of Label Matrix
Mailable recipients    73
Bypassed recipients     7
Total                  80

(d)Kohl's
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(d)OneMain Financial
PO BOX 3251
EVANSVILLE, IN 47731-3251